**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **D.C. WINGS LLC**, <br><br>           Plaintiff, <br><br> v. <br><br> **STATE FARM FIRE AND CASUALTY COMPANY,** <br><br>           Defendant. | Civil Action No.: 1:15-cv-1113 |

**DEFENDANT STATE FARM'S NOTICE OF REMOVAL**

COMES NOW the Defendant, State Farm Fire and Casualty Company (hereinafter "State Farm"), by and through its undersigned counsel, Budow and Noble, P.C. and Laura Basem Jacobs, Esq., pursuant to 28 U.S.C.A. §§ 1332, 1441, and 1446, and hereby gives notice that it is removing the above-captioned action from the Superior Court of the District of Columbia, in which it is now pending, to the United States District Court for the District of Columbia.  In support therefore, Defendant State Farm states as follows:

1.     On or about June 3, 2015, Plaintiff D.C. Wings LLC filed this action in the Superior Court of the District of Columbia, styled as *D.C. Wings LLC v. State Farm Fire and Casualty Company*, Case No. 2015 CA 004062 B.  Plaintiff alleges Defendant State Farm is in breach of the insurance policy Plaintiff maintained with the Defendant and acted in bad faith in connection with an insurance claim for property damage.  Plaintiff seeks $100,000 in compensatory damages in addition to punitive damages, attorney's fees, and costs.

2.     On or about July 2, 2015, Defendant State Farm's resident agent was served with a copy of the Complaint, Writ of Summons, Information Sheet, and Initial Order and

Addendum. Pursuant to 28 U.S.C.A. § 1446(a) copies of all process, pleadings and orders served upon this Defendant are attached hereto as <u>Exhibit A</u>. No additional pleadings, orders, or other papers have been served upon Defendant State Farm by Plaintiff.

  3.  This Notice of Removal is timely filed under 28 U.S.C.A. § 1446(b) within thirty (30) days after receipt by Defendant State Farm through service of the Complaint and Writ of Summons.

  4.  Pursuant to the requirements of 28 U.S.C.A. § 1446(d), Defendant State Farm has promptly provided written notice to Plaintiff of the filing of this Notice and filed a copy of this Notice with the Clerk of the Superior Court of the District of Columbia. A copy of the state court Notice is attached hereto as <u>Exhibit B</u>.

  5.  This Court has original jurisdiction over this action pursuant to 28 U.S.C.A. § 1332, because the matter in controversy as set forth in Plaintiff's Complaint is for $100,000 in compensatory damages in addition to punitive damages, attorney's fees, and costs, which amounts on their face exceed the sum of $75,000.

  6.  Moreover, there is complete diversity of citizenship between Plaintiff D.C. Wings LLC and Defendant State Farm. Plaintiff is a citizen of the District of Columbia, where it was both incorporated and maintained its principal place of business. Defendant State Farm is a citizen of Illinois where it is both incorporated and maintains its principal place of business.

  7.  Defendant State Farm has taken no action in the state court proceedings. No further proceedings have been had in the state court.

  8.  Based upon the allegations in the Complaint, the proper venue for removal of this action is the United States District Court for the District of Columbia.

9.	Undersigned counsel hereby certifies that Defendant State Farm is filing contemporaneously herewith true and legible copies of all process, pleadings, and orders which have been served upon it in this matter as well as all filings in the state court action. See Exhibit A, Exhibit B.

10.	Defendant State Farm does not waive any objections to defects in service of process, jurisdiction, venue, or any other defense by the filing of this Notice of Removal. Instead, State Farm specifically reserves all such defenses.

11.	Defendant State Farm is represented by the undersigned counsel who certifies pursuant to Fed. R. Civ. Proc. 11 that the foregoing is true and correct.

WHEREFORE, the Defendant, State Farm Fire and Casualty Company, hereby respectfully requests that the above-captioned action be removed to the United States District Court for the District of Comumbia, and that it be placed on the docket of this Court for further proceeding, the same as though it originally had been filed in this Court.

    Respectfully submitted,

    **BUDOW AND NOBLE, P.C.**

    _____/s/_____
    Laura Basem Jacobs #449802
    7315 Wisconsin Avenue, Suite 500W
    Bethesda, Maryland 20814
    (301) 654-0896 telephone
    (301) 907-9591 facsimile
    *Attorneys for Defendant State Farm*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 14th day of July, 2015 a copy of the foregoing Notice of Removal was mailed first-class, postage prepaid to:

Steven K. Barentzen, Esq.
PCT Law Group LLC
910 17th Street, NW, Suite 800
Washington, DC  20005
*Attorneys for Plaintiff*

                                              /s/
                                    Laura Basem Jacobs

J:\CLIENTS\State Farm\DC Wings\Pleadings\Notice of Removal - Filed in US District Court\Notice of Removal (07-13-2015).wpd