UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| D.C. WINGS LLC,<br><br>           Plaintiff,<br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>           Defendant. | Civil Action No.: 1:15-cv-1113 |

## NOTICE OF SETTLEMENT

Plaintiff, by and through its respective undersigned counsel of record, submits this Notice of Settlement to advise the Court that the parties have agreed in principle to fully and finally resolve this action, and that Plaintiff anticipates filing a notice of dismissal with the Court in the near future after the settlement is fully documented and finalized.

Respectfully submitted,

LAW OFFICE OF STEVEN BARENTZEN

/s/ Steven Barentzen

Steven Barentzen, Esq., #489355
910 17th Street, NW, Suite 800
Washington, DC 20005
202-289-4333 telephone
202-289-8450 facsimile
*Attorneys for Plaintiff, D.C. Wings LLC*