# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| D.C. WINGS, LLC,<br>      Plaintiff,<br>  v.<br>STATE FARM FIRE AND CASUALTY COMPANY,<br>      Defendant. | Civil Action No. 1:15-cv-1113 (CKK) |

## ORDER
(June 9, 2016)

The Court has been informed that the parties in the above-captioned action have reached a settlement in principle. Accordingly, with the consent of the parties, it is, this 9th day of June, 2016, hereby

**ORDERED** that this action is DISMISSED; the dismissal shall be <u>without</u> prejudice until **July 11, 2016**. Should counsel fail to move to extend the deadline or to reopen this action by the designated date, the matter shall, without further order, stand dismissed <u>with</u> prejudice.

IT IS **FURTHER ORDERED** that Defendant's [18] Motion for Leave to File an Amended Answer and Motion to Join Required Party is DENIED AS MOOT and that the remaining discovery deadlines in this case shall be VACATED.

**SO ORDERED.**

                                                          /s_____
                                                  COLLEEN KOLLAR-KOTELLY
                                                  United States District Judge